COUNSEL
Milton Florez, Esq.
Michael Horn, Esq.

*John L. Russo*
Attorney at Law
J.L. Russo, P.C.
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

PARALEGAL
Maria Nunez, B.S.

November 26, 2019

**Via ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, N.Y. 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #48.

SO ORDERED.

November 26, 2019

Re: <u>United States of America v. Tanibel Perez-Urena</u>
Case No.: 19-CR-00476(JMF)-4

Your Honor:

This office represents Tanibel Perez-Urena, the Defendant in the above-referenced matter.

By this letter it is respectfully requested that Ms. Perez-Urena be permitted to travel outside of the SDNY/EDNY so that she can attend a Thanksgiving gathering with her family in Providence, Rhode Island. Ms. Perez-Urena would be going to her cousin's home located at 154 Freeborn Avenue, East Providence, Rhode Island 02914 from November 29th through the December 1st.

AUSA Peter John Davis and Probation Officer Marlon Ovalles have been advised and have no opposition to this request.

The Court's consideration of this request is greatly appreciated. Thank you.

Yours truly,

*John L. Russo*

John L. Russo, Esq.

JLR: mn
Cc: AUSA Peter John Davis
    P.O. Marlon Ovalles