UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Tanibel Perez-Urena,

*Defendant.*

**Deferred Prosecution Agreement**

**19 Cr. 476 (JMF)**

TO: Tanibel Perez-Urena

On June 27, 2019, a grand jury sitting in this District returned a three count indictment, in which you are charged with committing offenses against the United States, to wit, conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349, bank fraud, in violation of Title 18, United States Code, Sections 1344 and 2, and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2. However, after a thorough investigation it has been determined that the interest of the United States and your own interest will best be served by deferring prosecution in this District. Prosecution will be deferred during the term of your good behavior and satisfactory compliance with the terms of this agreement for the period of six months from the date of this agreement. The terms and conditions constituting your good behavior and satisfactory compliance are as follows:

(1) You shall refrain from violation of any law (federal, state and local). You shall immediately contact your U.S. Pretrial Services Officer if arrested or questioned by a law-enforcement officer.

(2) You shall associate only with law-abiding persons.

(3) You shall work regularly at a lawful occupation, regularly attend school, and/or support or care for your legal dependents, if any, to the best of your ability. When out of work or not attending school you shall notify your supervising U.S. Pretrial Services Officer at once. You shall consult him or her prior to job and school changes.

(4) You shall not leave the contiguous United States without permission of your supervising U.S. Pretrial Services Officer. In accordance with this condition, the U.S. Pretrial Services Office shall return your travel documents upon the Court's entering this agreement, and shall do so indefinitely unless this agreement is violated.

(5) You shall notify your supervising U.S. Pretrial Services Officer immediately of any change in your place of residence.

(6) You shall follow your supervising U.S. Pretrial Services Officer's instructions and advice.

(7) You shall report to your supervising U.S. Pretrial Services Officer as directed.

As a further condition you hereby consent to disclosure, by any federal, state or local government agency, or by any medical or substance abuse treatment provider, to the U.S. Pretrial Services Officer supervising your case, of such medical and treatment records as may be requested by the Pretrial Services Officer to evaluate deferral of prosecution in this case. You further agree that you will execute any additional consent forms that any such agency or provider may require to release such information.

The United States Attorney may at any time revoke or modify any condition of this provisional release or change the period of such supervision. The United States Attorney may discharge you from supervision at any time. The United States Attorney may at any time proceed with the prosecution for this offense should the United States Attorney, in his or her sole discretion, deem such action advisable.

07.29.2012

If upon completion of your supervision a written report from your supervising U.S. Pretrial Services Officer is received to the effect that you have complied with all the rules, regulations and conditions and special conditions applicable to your deferred prosecution, no further prosecution will be instituted in this District for the above offense.

Dated: New York, New York
        January 6, 2020

                          GEOFFREY S. BERMAN
                          United States Attorney for the
                          Southern District of New York

By: _____
       Peter J. Davis
       Assistant United States Attorney
       Tel.: 212-637-2468

The undersigned hereby consents to the foregoing and expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, the Speedy Trial Act, 18 U.S.C. §§3161 et seq., and any other pertinent provisions, and consents to the adjournment of all pending proceedings in this case. The undersigned further waives the applicable statute of limitations with respect to any prosecution that is not time-barred as of January 6, 2020. It is the intent of this provision to toll the applicable statute of limitations during the pendency of the deferred prosecution.

Dated: New York, New York
        January 6, 2020

_____            _____
John L. Russo                                Tanibel Perez-Urena
Attorney for Defendant                   Defendant

Pursuant to 18 U.S.C. §3161(h)(2), exclusion under the Speedy Trial Act of the period of time during which the prosecution of the defendant is deferred pursuant to this agreement is hereby approved.

Dated: New York, New York
       January 6, 2020

*[signature]*
Jesse M. Furman
United States District Judge

The undersigned hereby consents to the foregoing and will accept supervision of the above-named defendant on the conditions set forth herein.

Dated: New York, New York
       January 6, 2020

*[signature]*
Marlon Ovalles
United States Pretrial Services Officer

07.29.2012